IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANIEL ZENCHELSKY          )
                           )
        Plaintiff,         )
                           )
v.                         )      Civil Action No. 05-57 GMS
                           )
PROTEGO NETWORKS, INC., et al.   )
                           )
        Defendants.        )

```
┌─────────────────────────────┐
│          FILED              │
│                             │
│        JUN 2 1 2005         │
│                             │
│     U.S. DISTRICT COURT     │
│   DISTRICT OF DELAWARE      │
└─────────────────────────────┘
```

## ORDER

WHEREAS, on February 3, 2005, the plaintiff filed a Complaint against the above-captioned

defendants;

WHEREAS, on February 3, 2005, summons(es) were issued by the court;

WHEREAS, service of process has not been executed within the 120-day period pursuant

to Rule 4(m) of the Federal Rules of Civil Procedure;

WHEREAS, on February 4, 2005, the Clerk sent a letter to the plaintiff's counsel directing

him to have local counsel enter an appearance by March 7, 2005; and

WHEREAS, the docket reflects no further contact with the court by the plaintiff;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days

from the date of this Order, as to why the above-captioned case should not be dismissed without

further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and for failure to retain

local counsel.

Date: _June 21, 2005_

_____
UNITED STATES DISTRICT JUDGE