*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF DELAWARE*

DANIEL ZENCHELSKY
    Plaintiff             :
                              :
vs.                           :
                              :   NOTICE OF DISMISSAL
PROTEGO NETWORKS, INC.    :   PURSUANT TO Rule 41(a)
and
IMIN LEE
and                            :   No. 1:05-CV-00057-GMS
PARTHA BHATTACHARYA
and
PHIL CHIU
and
CHRIS BLASK
    Defendants

**PLEASE TAKE NOTICE:**

This action is dismissed by the Plaintiff in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

_7-27-05_
Date

By: _____
Howard G. Silverman, Esquire
Attorney for Plaintiff